**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-00523-NYW-NRN

CATHERINE SPOON, on behalf of herself and all others similarly situated,

       Plaintiff,

v.

ANGI, INC., a Delaware corporation,

       Defendant.

---

**UNOPPOSED MOTION TO EXTEND DEFENDANT ANGI, INC.'S TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT**

**NOTE ON MOTION CALENDAR: FEBRUARY 20, 2026**

---

**<u>CERTIFICATE OF CONFERRAL PER D.C.COLO.LCivR 7.1</u>**

The Parties have conferred on this Motion and the relief requested herein, and per their conferral, have agreed to file this Joint Motion.

Pursuant to Civil Local Rule 6.1(b), Plaintiff and Catherine Spoon ('Plaintiff") and Defendant Angi, Inc. ("Angi"), hereby moves the Court for an Order extending time for Angi to file an answer or otherwise respond to the Complaint, up to and including April 6, 2026. In support of this unopposed motion, the parties state as follows:

1. On February 10, 2026, Plaintiff filed a Complaint against Angi, alleging violations of the Telephone Consumer Protection Act.

1

2.      On February 12, 2026, Angi was served with the Summons and Complaint.

3.      Angi's current deadline to respond to the Complaint is March 5, 2026.

4.      After meeting and conferring with Plaintiff, Plaintiff agreed to extend Angi's deadline to respond to the complaint through April 6, 2026.

5.      This is the first time that Angi has requested an extension of time to respond to the Complaint.

6.      This unopposed motion is made in good faith, not for the purpose of delay, and granting it will not prejudice any party in any way.

Dated: February 20, 2026                    **TROUTMAN AMIN, LLP**

By: */s/ Brittany A. Andres*
    Eric J. Troutman
    Puja Amin
    Brittany A. Andres
    400 Spectrum Center Drive, Suite 1550
    Irvine, California 92618
    Telephone: (949) 350-3663
    Facsimile: (949) 203-8689
    troutman@troutmanamin.com
    amin@troutmanamin.com
    brittany@troutmanamin.com

*Attorneys for Defendant Angi, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2026, I electronically sent the foregoing to counsel of record for the Plaintiff.

/s/ *Brittany A. Andres*
Brittany A. Andres