**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-00523-NYW-NRN

CATHERINE SPOON, on behalf of herself and all others similarly situated,

Plaintiff,

v.

ANGI, INC., a Delaware corporation,

Defendant.

---

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND
DEFENDANT ANGI, INC.'S DEADLINE TO RESPOND TO PLAINTIFF'S
COMPLAINT**

---

Before the Court is Defendant Angi, Inc.'s ("Angi") unopposed motion seeking an order extending Angi's time to respond to Plaintiff Catherine Spoon's ("Plaintiff") Complaint by thirty (30) days, up to and including April 6, 2026. Having considered the Angi's request, the Court hereby orders Angi to respond to Plaintiff's Complaint by and including **April 6, 2026**.

ACCORDINGLY, IT IS HEREBY ORDERED that Angi shall respond to Plaintiff's Complaint by **April 6, 2026**.

Dated: _____

_____
HONORABLE NINA Y. WANG
UNITED STATES DISTRICT JUDGE

1