# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-00523-NYW-NRN

CATHERINE SPOON, on behalf of herself and all others similarly situated,

      Plaintiff,

v.

ANGI INC., a Delaware corporation,

      Defendant.

---

## DEFENDANT ANGI INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

---

Defendant Angi Inc. ("Angi"), through its counsel and pursuant to Rule 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states:

Fed. R. Civ. P. 7.1(a) provides: "[a] nongovernmental corporate party or a nongovernmental corporation that seeks to intervene must file a statement that: 1) identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock; or 2) states that there is no such corporation."

Angi does not have a parent corporation or a publicly held corporation that owns 10% or more of its stock.

1

Dated: April 6, 2026

**TROUTMAN AMIN, LLP**

By: */s/ Brittany Andres*
Eric J. Troutman
Puja Amin
Brittany A. Andres
400 Spectrum Center Drive, Suite 1550
Irvine, California 92618
Telephone: (949) 350-3663
Facsimile: (949) 203-8689
E-mail: troutman@troutmanamin.com
E-mail: amin@troutmanamin.com
E-mail: brittany@troutmanamin.com

*Counsel for Defendant Angi Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Brittany A. Andres*
Brittany A. Andres


## CERTIFICATE OF ARTIFICIAL INTELLIGENCE DRAFTING

In accordance with The Honorable Nina Y. Wang's Standing Order, I hereby certify that generative artificial intelligence was not used to draft this filing.

*/s/ Brittany A. Andres*
Brittany A. Andres

2