**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-00523-NYW-NRN

CATHERINE SPOON, on behalf of herself and all others similarly situated,

       Plaintiff,

v.

ANGI, INC., a Delaware corporation,

       Defendant.

---

**NOTICE OF AMENDMENT**

---

Plaintiff Catherine Spoon ("Plaintiff" or "Spoon"), pursuant to Local Rule 15.1(a) and this Court's April 23, 2026 Order (Dkt. 17), hereby provides notice that she has filed a First Amended Class Action Complaint as a matter of course. Attached hereto as Exhibit A is a redlined copy of the amended pleading which strikes through the text deleted and underlines the text added.

Dated: April 24, 2026

       **CATHERINE SPOON**, individually and on behalf of all others similarly situated,

       By: */s/ Patrick H. Peluso*
       *One of Plaintiff's attorneys*

       **PELUSO LAW LLC**
       Patrick H. Peluso
       865 Albion Street, Suite 250
       Denver, CO 80220
       Telephone: (720) 805-2008
       Facsimile: (720) 336-3663
       E-Mail: ppeluso@pelusolawfirm.com

       *Counsel for Plaintiff and the Alleged Class*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above papers was served upon counsel of record by filing such papers via the Court's ECF system on April 24, 2026.

_/s/ Patrick H. Peluso_