## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-00523-NYW-NRN

CATHERINE SPOON, on behalf of herself and all others similarly situated,

Plaintiff,

v.

ANGI, INC., a Delaware corporation,

Defendant.

## SUPPLEMENTAL AI CERTIFICATION

Plaintiff Catherine Spoon ("Plaintiff" or "Spoon"), through Counsel and pursuant to the

Court's May 26, 2026 Minute Order (dkt. 26), provides the following AI Certification:

The undersigned counsel certifies that generative artificial intelligence was not used to

draft Plaintiff's Response in Opposition to Motion to Stay Discovery. (Dkt. 25.)


Dated: May 26, 2026

**CATHERINE SPOON**, individually and on behalf
of all others similarly situated,

By: */s/ Patrick H. Peluso*
*One of Plaintiff's attorneys*

**PELUSO LAW LLC**
Patrick H. Peluso
865 Albion Street, Suite 250
Denver, CO 80220
Telephone: (720) 805-2008
Facsimile: (720) 336-3663
E-Mail: ppeluso@pelusolawfirm.com

*Counsel for Plaintiff and the Alleged Class*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above papers was served upon counsel of record by filing such papers via the Court's ECF system on May 26, 2026.

*/s/ Patrick H. Peluso*