IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

Civil Action No: 26-cv-00523-NYW-NRN          Date:  May 26, 2026
Courtroom Deputy:  Román Villa                FTR:  Courtroom A401

| _Parties:_ | _Counsel:_ |
|---|---|
| CATHERINE SPOON, | Patrick Peluso |
| Plaintiff, | |
| v. | |
| ANGI INC., | Brittany Andres |
| Defendant. | |

## COURTROOM MINUTES

**TELEPHONIC MOTION HEARING/SCHEDULING CONFERENCE**

**9:28 a.m.      Court in session.**

Court calls case. Appearances of counsel.

This matter is before the Court on Defendant Angi Inc.'s Motion to Stay Discovery (Dkt. #21).

For the reasons stated on the record, it is

**ORDERED**:  Defendant Angi Inc.'s Motion to Stay Discovery (**Dkt. #21**) is **DENIED**.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Initial Disclosures shall be made on or before **June 9, 2026**

Joinder of Parties/Amendment to Pleadings: **July 31, 2026**

**Motion for Class Certification: February 16, 2027**. Within 3 days of a decision on the motion for class certification, the parties shall jointly contact Judge Neureiter's Chambers to set a follow scheduling/status conference.

Each side shall be limited to **4** depositions, excluding experts.
Depositions shall not exceed **7** hours for parties, all other fact depositions are limited to 4 hours.  For retained experts, depositions shall not exceed 7 hours.

Each side shall be limited to **2** expert witnesses, absent leave of court.
Disclosure of Affirmative Experts for class certification: **November 19, 2026**
Disclosure of Rebuttal Experts for class certification: **December 14, 2026**
The disclosure of Experts shall be consistent with Fed. R. Civ. P. 26(a)2(B).

**Telephonic Status Conference** set for **October 22, 2026 at 10:00 a.m.** before Magistrate Judge N. Reid Neureiter in Courtroom A401, Fourth floor, Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado 80294. **Five minutes prior to the start of the hearing, the parties shall call the conference line 571-353-2301, Access Code 841686937# to participate.**

**Final Pretrial Conference:** Judge Wang will set a Final Pretrial Conference/Trial Preparation Conference date after the dispositive motions deadline has passed and the Court has issued rulings on all such motions. Within seven (7) days of the dispositive motion deadline, if no such motions are filed, the Parties shall file a joint motion to set a Telephonic Status Conference at which Judge Wang will set a Final Pretrial Conference/Trial Preparation Conference and date for trial.

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1(a) in an effort to resolve the issues.  If that is unsuccessful, counsel shall jointly call Chambers at (303) 335-2403 to arrange for a discovery hearing before the Court. At least two business days prior to the hearing, the parties shall email Chambers** Neureiter_Chambers@cod.uscourts.gov **a joint statement, no longer than ten pages, setting out each party's position with regard to each dispute.**

**Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.**

**Scheduling Order entered.**

**9:52 a.m.      Court in recess.**

Hearing concluded.
Total in-court time:   00:24

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.