## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-00523-NYW-NRN

CATHERINE SPOON, on behalf of herself and all others similarly situated,

        Plaintiff,

v.

ANGI, INC., a Delaware corporation,

        Defendant.

---

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

---

Plaintiff Catherine Spoon, by and through her undersigned counsel, in accordance with Civ. Practice Standard 10.1(d), hereby provides notice of the attached orders issued in *Callier v. Am. Auto Grp. LLC*, Case No. 25-cv-00231, 2026 U.S. Dist. LEXIS 120642 (W.D. Tex. May 29, 2026) and *Pero v. Nazareth*, 25-cv-7016, 2026 U.S. Dist. LEXIS 134498 (E.D. Pa. June 17, 2026) as supplemental authority in support of her opposition to Defendant's Motion to Dismiss. Neither case represents legal authority available at the time of the original filing of Spoon's response in opposition, which was filed on May 28, 2026, before the *Callier* and *Pero* orders were issued.

Dated: June 18, 2026

        **CATHERINE SPOON**, individually and on behalf of all others similarly situated,

        By: */s/ Patrick H. Peluso*
        *One of Plaintiff's attorneys*

        **PELUSO LAW LLC**
        Patrick H. Peluso

1

865 Albion Street, Suite 250
Denver, CO 80220
Telephone: (720) 805-2008
Facsimile: (720) 336-3663
E-Mail: ppeluso@pelusolawfirm.com

*Counsel for Plaintiff and the Alleged Class*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above papers was served upon counsel of record by filing such papers via the Court's ECF system on June 18, 2026.

*/s/ Patrick H. Peluso*


## CERTIFICATE RE ARTIFICIAL INTELLIGENCE

The undersigned counsel certifies that generative artificial intelligence was <u>not</u> used to draft this notice or to locate the supplemental authority.

*/s/ Patrick H. Peluso*